# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **CITY OF ST. LOUIS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | Case No. _____ |
| | ) | |
| v. | ) | **Removed from the Circuit Court** |
| | ) | **for St. Louis City, Missouri** |
| **CHS TX, INC., D/B/A YESCARE,** | ) | **Case No. 2322-CC01330** |
| **LEXINGTON INSURANCE CO.,** *and* | ) | |
| **GREAT MIDWEST INSURANCE CO.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CONSENT TO REMOVAL

Defendant Great Midwest Insurance Co., by and through counsel, hereby consents to the removal of the action originally captioned *City of St. Louis v. CHS TX, Inc., d/b/a Yescare et al.,* Circuit Court for St. Louis City, Civil Action No. 2322-CC01330 (the "State Court Action"), from the Circuit Court for St. Louis City, Missouri to the United States District Court for the Eastern District of Missouri, Eastern Division by Defendant CHS TX, Inc., d/b/a YesCare.

This 7th day of August, 2023.


/s/ Richard E. Baudouin
**Richard E. Baudouin**

*Representative of Great Midwest Insurance Co.*
Senior Surety Counsel
504-420-8564
rbaudouin@skywardinsurance.com

1