MOED-0001        DISCLOSURE STATEMENT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CITY OF ST. LOUIS | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:23-cv-00987 |
| CHS TX, INC., d/b/a YESCARE, LEXINGTON INSURANCE CO., and GREAT MIDWEST INSURANCE CO., | ) |
| Defendant(s). | ) |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for CHS TX, Inc.  hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a. Whether it is publicly traded, and if it is, on which exchange(s):
No

b. Its parent companies or corporations (if none, state "none"):
YesCare Corp.

c. Its subsidiaries not wholly owned by the subject (if none, state "none"):
None

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
None

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

CHS TX, Inc. is a corporation and for jurisdictional purposes is a citizien of the States of Texas and Tennessee. No other individual or entity's citizenship is attributed to CHS TX, Inc.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001     DISCLOSURE STATEMENT

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).


*/s/ Reed Thomas Warburton*
Signature (Counsel for Plaintiff/Defendant)
Print Name: Reed Thomas Warburton
Address: 1819 5th Ave North
City/State/Zip: Birmingham, AL 35203
Phone: 205.521.8987


Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on:
August 9, 20 23.


*/s/ Reed Thomas Warburton*
Signature