UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

CITY OF ST. LOUIS                    )
                                     )
                                     )
Plaintiff(s),                        )
                                     )
vs.                                  )    Case No. 4:23-cv-00987
                                     )
CHS TX, INC., d/b/a YESCARE, LEXINGTON )
INSURANCE CO., and GREAT MIDWEST     )
INSURANCE CO.,                       )
                                     )
Defendant(s).                        )

## DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for CHS TX, Inc. hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a. Whether it is publicly traded, and if it is, on which exchange(s):
   No

b. Its parent companies or corporations (if none, state "none"):
   YesCare Corp.

c. Its subsidiaries not wholly owned by the subject (if none, state "none"):
   None

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
   None

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

   CHS TX, Inc. is a corporation and for jurisdictional purposes is a citizien of the States of Texas and Tennessee. No other individual or entity's citizenship is attributed to CHS TX, Inc.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

_/s/ Reed Thomas Warburton_
Signature (Counsel for Plaintiff/Defendant)
Print Name: Reed Thomas Warburton
Address: 1819 5th Ave North
City/State/Zip: Birmingham, AL 35203
Phone: 205.521.8987

## Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on:
August 9, 20 23.

_/s/ Reed Thomas Warburton_
Signature