# EXHIBIT B

```
Label Matrix for local noticing          ANV Global Services Inc. on behalf of Associ   Arizona Department of Corrections, Rehabilit
0541-4                                    c/o Maurice Wutscher LLP                       c/o Christopher Simpson
Case 23-90086                             23611 Chagrin Blvd. Suite 207                  2929 N Central Ave Ste 2000
Southern District of Texas                Beachwood, OH 44122-5540                       Phoenix, AZ 85012-2838
Houston
Mon Aug 14 13:41:58 CDT 2023

Business Centers                          Canon Financial Services, Inc.                 Capitol Eye Care, et al.
12520D Olive Blvd                         c/o Nicola G. Suglia, Esquire                  1705 Christy Drive
Creve Coeur, MO 63141-6683                Fleischer, Fleischer & Suglia                  Jefferson City, MO 65101-5195
                                          Four Greentree Centre
                                          601 Route 73 North, Suite 305
                                          Marlton, NJ 08053-3475

Certain Officials or Employees of the State   Copeland Stair, et al                      Dell Financial Services L.L.C.
Munsch Hardt Kopf & Harr, PC              191 Peachtree St NE                            c/o Streusand Landon Ozburn & Lemmon
700 Milam St.                             Ste 3600                                       1801 S. MoPac Expressway
Suite 800                                 POB 56887                                      Suite 320
Houston, TX 77002-2835                    Atlanta, GA 30343-0887                         Austin, TX 78746-9817

Estate of Austin Bouton                   (p)HALO BRANDED SOLUTIONS  INC                 Idaho Department of Corrections
Conroy Baran, LLC                         ATTN NICHOLAS P JAKUBOWSKI                     Munsch Hardt Kopf & Harr PC
1316 Saint Louis Avenue                   635 W BUTTERFIELD ROAD                         700 Milam St.
2nd FL                                    OAKBROOK TERRACE IL 60181-4044                 Suite 800
Kansas City, MO 64101-1353                                                               Houston, TX 77002-2835

Kurtzman Carson Consultants LLC           Lone Star Alliance Inc., A Risk Retention Co   Maxim Healthcare Staffing Services, Inc.
222 N Pacific Coast Highway, 3rd Floor    c/o Stromberg Stock, PLLC                      c/o Susan Mathews, Baker Donelson
El Segundo, CA 90245-5614                 8350 N Central Expy                            1301 McKinney St., Ste. 3700
                                          Ste 1225                                       Houston, TX 77010-3034
                                          Dallas, TX 75206-1600

Mitsubishi HC Capital America, Inc. f/k/a Hi   Phillips Parker Orberson and Arnett       Public Justice
c/o Amish R. Doshi, Esq.                  716 W Main Street                              1620 L St NW
Doshi Legal Group, PC                     Suite 300                                      Suite 630
1979 Marcus Avenue, Suite 210E            Louisville, KY 40202-2677                      Washington, DC 20036-5600
Lake Success, NY 11042-1022

Saint Alphonsus Health System,Inc.        Southern Center for Human Rights               State of Idaho
Mehaffy Weber P.C.                        60 Walton St NW                                Munsch Hardt Kopf & Harr PC
c/o Blake Hamm                            Atlanta, GA 30303-2147                         700 Milam St.
P.O. Box 16                                                                              Suite 800
Beaumont, TX 77704-0016                                                                  Houston, TX 77002-2835

TN Dept of Revenue                        Tehum Care Services, Inc.                      The Toomey Law Firm
c/o TN Attorney General's Office          205 Powell Place                               The Old Robb & Stucky Building
Bankruptcy Division                       Suite 104                                      1625 Hendry Street
P.O. Box 20207                            Brentwood, TN 37027-7522                       Suite 203
Nashville, TN 37202-4015                                                                 Fort Myers, FL 33901-2973

Webster, Henry, Bradwell, Cohan, Speagle & D   4                                         ANTHONY SABALA
P.O. Box 239                              United States Bankruptcy Court                 c/o The Megwa Law Offices, PLLC
Montgomery, AL 36101-0239                 PO Box 61010                                   6811 South Central Avenue
                                          Houston, TX 77208-1010                         Phoenix, Arizona 85042-5451

Aanda Slocum                              Aleatha D. Reitsma-Mathias, MD                 Alton D. Brown
c/o Lane & Nach, P.C.                     c/o Hackney Odlum & Dardas                     c/o Eliese R. Herzl-Bertz
2001 East Campbell Ave., Suite 103        10850 E. Traverse Hwy., Suite 4440             Duane Morris LLP
Phoenix, AZ 85016-5573                    Traverse City, MI 49684-1364                   30 S. 17th Street
                                                                                         Philadelphia, PA 19103-4196
```

| | | |
|---|---|---|
| Amamt Kumar Tripat<br>102081<br>PO Box 8909<br>Yuma, AZ 85349-0376 | Angela Branum<br>c/o Attorney Joy Bertrand<br>PO Box 2734<br>Scottsdale, AZ 85252-2734 | Angela Jones-Walker, A.J.(minor), Ashley Bro<br>c/o Robert S. Baran<br>1316 Saint Louis Ave., 2nd FL<br>Kansas City, MO 64101-1353 |
| Anthony Martin #945288<br>Wabash Valley Correctional Facility<br>WVCF/DOC<br>P.O. Box 1111<br>Carlisle, IN 47838-1111 | Antoinette Windhurst<br>c/o Mesch Clark Rothschild<br>259 N. Meyer Ave.<br>Tucson, AZ 85701-1007 | Bay Hospital, Inc.<br>c/o Jon Rose<br>One Park Plaza, I-2W<br>Nashville, TN 37203-6527 |
| Benjamin Bedogwar Oryang<br>AIS# 168079 F2-34A<br>Station Correctional Facility<br>2690 Marion Spillway Rd.<br>Elmore, Al 36025-1531 | (p)BIO RAD LABORATORIES INC<br>ATTN ATTN LEGAL DEPT<br>1000 ALFRED NOBEL DR<br>HERCULES CA 94547-1811 | Brian A Warren #245972<br>2500 S. Sheridan Drive<br>Muskegan MI 49444-2665 |
| Bryan Farmer<br>50 W. Big Beaver Rd.<br>Suite 200<br>Troy, MI 48084-5261 | Bryant Neil Brown<br>c/o Lane & Nach, P.C.<br>2001 East Campbell Ave., Suite 103<br>Phoenix, AZ 85016-5573 | CMMP Surgical Center, L.L.C.<br>c/o Carson & Coil, P.C.<br>515 E. High Street, 4th Floor<br>Jefferson City, MO 65101-3261 |
| CONSUMERS ENERGY COMPANY<br>Attn: Legal Dept<br>One Energy Plaza<br>Jackson, MI 49201-2357 | Callaway County Ambulance District<br>2614 Fairway Drive<br>Fulton, MO 65251-4018 | Canon Financial Services, Inc<br>c/o Nicola G. Suglia, Esquire<br>Fleischer, Fleischer & Suglia, P.C.<br>601 Route 73 North, Suite 305<br>Marlton, NJ 08053-3475 |
| Cape Radiology Group<br>P.O. Box 1330<br>Cape Girardeau, MO 63702-1330 | Capitol Eye Care, Inc.<br>c/o Carson & Coil, P.C.<br>515 E. High Street, 4th Floor<br>Jefferson City, MO 65101-3261 | Cassandra Oliver<br>c/o Sharon L. Stolte<br>Sandberg Phoenix & von Gontard P.C.<br>4600 Madison Ave., Suite 1000<br>Kansas City, MO 64112-3042 |
| Centric Ambulatory Surgery Center LLC<br>2103 Silva Ln<br>Moberly MO 65270<br>3 65270-3660 | Charles Jones, as P.R. for Estate of Wade Jo<br>c/o Jennifer G. Damico, Esq.<br>19390 West Ten Mile Road<br>Southfield, MI 48075-2458 | Charles S. Jamsen, MD<br>c/o Hackney Odlum & Dardas<br>10850 E. Traverse Hwy., Suite 4440<br>Traverse City, MI 49684-1364 |
| Charlie Stevens<br>744 Second St<br>Macon, GA 31201-6836 | Chester L. Bird<br>#18008, 7076 Road 55F<br>Torrington, WY 82240-7771 | Christopher D Harrell<br>WMCI #26939<br>7076 Road 55F<br>Torrington, WY 82240-7771 |
| Christopher Pickett, K.P.(minor), Nicholas P<br>c/o Robert S. Baran<br>1316 Saint Louis Ave., 2nd FL<br>Kansas City, MO 64101-1353 | Claire Pei, DO<br>c/o Hackney Odlum & Dardas<br>10850 E. Traverse Hwy., Suite 4440<br>Traverse City, MI 49684-1364 | Covestro, LLC<br>1 Covestro Circle, Bldg 5<br>Pittsburgh, PA 15205-9723 |
| Danielle Alford<br>c/o Hackney Odlum & Dardas<br>10850 E. Traverse Hwy, Suite 4440<br>Traverse City, MI 49684-1364 | Danielle Bradshaw, D.O.<br>Beth W. Mora, Mora Employment Law<br>18 Crow Canyon Court, Suite 205<br>San Ramon, CA 94583-1774 | Darrell Barrows<br>c/o Hackney Odlum & Dardas<br>10850 E. Traverse Hwy., Suite 4440<br>Traverse City, MI 49684-1364 |

| | | |
|---|---|---|
| Darren Pedersen<br>c/o Patrick Emerson McCormick<br>Lewis Roca Rothgerber Christie LLP<br>One South Church Avenue Suite 2000<br>Tucson, AZ 85701-1666 | David Hall<br>115 Sudbrook Lane, Suite 206<br>Baltimore, MD 21208-3878 | David J. Hall<br>8092 Castle Rock Ct.<br>Pasadena, MD 21122-6436 |
| Dem Manufacturing & Sales LP<br>Attn: Elizabeth M. Mora, Acct. Superviso<br>969 Buenos Avenue<br>San Diego, CA 92110-3926 | Derico Thompson<br>402 W Liberty St.<br>Ann Arbor MI 48103-4388 | Donald Pevia<br>Atty Adam Simons<br>500 E. Pratt St. Ste 1000<br>Baltimore, MD 21202-3169 |
| Donald Rolle<br>Wyoming Medium Correctional Institute (W<br>7076 Rd 55 F<br>Torrington WY 82240-7771 | Donna M. Rohrs<br>c/o Hackney Odlum & Dardas<br>10850 E. Traverse Hwy., Suite 4440<br>Traverse City, MI 49684-1364 | Dorothy Yeo (Joseph Michael Mendes)<br>c/o Robert S. Baran<br>1316 Saint Louis Ave., 2nd FL<br>Kansas City, MO 64101-1353 |
| Dr. Keith Papendick<br>c/o Hackney Odlum & Dardas<br>10850 E. Traverse Hwy., Suite 4440<br>Traverse City, MI 49684-1364 | Dr. Ravi D. Yarid<br>c/o Hackney Odlum & Dardas<br>10850 E. Traverse Hwy., Suite 4440<br>Traverse City, MI 49684-1364 | Elizabeth Meta Frederick<br>c/o Lane & Nach, P.C.<br>2001 East Campbell Ave., Suite 103<br>Phoenix, AZ 85016-5573 |
| Estate of Austin Bouton<br>c/o Robert S. Baran<br>1316 Saint Louis Ave., 2nd FL<br>Kansas City, MO 64101-1353 | Eugenia Woods<br>203 North Gadsden St.<br>Tallahassee, FL 32301-7637 | Eugenio Mathis PR for April Trujillo-Gonzale<br>c/o Collins & Collins PC<br>PO Box 506<br>Albuquerque, NM 87103-0506 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Frank James William Patterson<br>7076 Road 55F<br>Torrington, WY 82240-7771 | Geneva Consulting LLC<br>c/o Hunton Andrews Kurth LLP<br>600 Travis, Suite 4200<br>Houston, TX 77002-2929<br>Attn: Tad Davidson & Philip Guffy |
| Ginger Headley obo Corey Coffelt<br>Brown & Crouppen PC - Stephen Bishop<br>2345 Grand Blvd., Ste. 675<br>Kansas City, MO 64108-2607 | Granite Telecommunications<br>100 Newport Ave<br>Quincy, MA 02171 | Greater St Louis Oral & Maxillofacial Surger<br>1034 Brentwood, Suite 1010<br>St.Louis MO 63117-1210 |
| HCA Health Services of Florida, Inc.<br>c/o Jon Rose<br>One Park Plaza, I-2W<br>Nashville, TN 37203-6527 | Henry Snook<br>c/o Lane & Nach, P.C.<br>2001 East Campbell Ave., Suite 103<br>Phoenix, AZ 85016-5573 | Herman Maddox and Jean Maddox<br>Allen E. Honick, Esq.<br>Furman Honick Law<br>11155 Red Run Blvd, Ste 110<br>Owings Mills, MD 21117-4368 |
| Highwoods Realty Limited Partnership<br>c/o Ronn Steen<br>Thompson Burton PLLC<br>6100 Tower Circle, Suite 200<br>Franklin, TN 37067-1465 | Hitek Limb and Brace<br>1101 Lakeview Avenue<br>Columbia, MO 65201-4659 | INTERNAL REVENUE SERIVCE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| JACKSON LEWIS P.C.<br>1133 WESTCHESTER AVE SUITE S125<br>WEST HARRISON, NY 10604-3580 | Janak R. Bhavsar, MD<br>c/o Hackney Odlum & Dardas<br>10850 E. Traverse Hwy., Suite 4440<br>Traverse City, MI 49684-1364 | Jason Robinson<br>Lane & Nach, P.C.<br>2001 East Campbell Ave., Suite 103<br>Phoenix, AZ 85016-5573 |

Jefferson City Oral and Maxillofacial Surger
c/o Carson & Coil, P.C.
515 E. High Street, 4th Floor
Jefferson City, MO 65101-3261

Jeffrey Bomber, DO
c/o Hackney Odlum & Dardas
10850 E. Traverse Hwy., Suite 4440
Traverse City, MI 49684-1364

Jennifer Power
c/o Lane & Nach, P.C.
2001 East Campbell Ave., Suite 103
Phoenix, AZ 85016-5573

Jim Williams
Plaintiff in proper
Cooper Street Corr. Fac.
3100 Cooper Street
Jackson, MI 49201-7545

John C Duvall
8200 No More Victims Rd
Jefferson City, MO 65101-4539

Joshua Kocha
c/o Hackney Odlum & Dardas
10850 E. Traverse Hwy., Suite 4440
Traverse City, MI 49684-1364

Joshua Schad
c/o Hackney Odlum & Dardas
10850 E. Traverse Hwy., Suite 4440
Traverse City, MI 49684-1364

Juliana Martino
c/o Hackney Odlum & Dardas
10850 E. Traverse Hwy., Suite 4440
Traverse City, MI 49684-1364

Kevin Sorrick
Eastern Correctional Institution
30420 Revells Neck Rd
Westover, MD 21890-3368

Kim Farris
c/o Hackney Odlum & Dardas
10850 E. Traverse Hwy., Suite 4440
Traverse City, MI 49684-1364

Kimberly Briggs for Estate of Sean Parks
Nathan Cohen
210 South Bemiston Ave
St. Louis, MO 63105-1904

Kinghorn Medical LLC
248 South Cole Rd
Boise, ID 83709-0934

Kohchise Jackson
23403 Fenkell Ave
Detroit MI 48223-1448

Kohchise Jackson
402 W Liberty St.
Ann Arbor MI 48103-4388

Kristin A. Austin
c/o Hackney Odlum & Dardas
10850 E. Traverse Hwy., Suite 4440
Traverse City, MI 49684-1364

Lawnwood Medical Center, Inc.
c/o Jon Rose
One Park Plaza, I-2W
Nashville, TN 37203-6527

Leila Ghasemi
c/o Hackney Odlum & Dardas
10850 E. Traverse Hwy., Suite 4440
Traverse City, MI 49684-1364

Lexington-Fayette Urban County Government
Dept of Law
200 E Main St, 11th Floor
Lexington, KY 40507-1310

Linda Floyd
c/o Lane & Nach, P.C.
2001 East Campbell Ave., Suite 103
Phoenix, AZ 85016-5573

Linda Floyd, as Personal Representative for
Estate of Gary Lee Floyd
c/o Lane & Nach, P.C.
2001 East Campbell Ave., Suite 103
Phoenix, AZ 85016-5573

Linda Floyd, on behalf of minor son
Gary Lee Floyd, Jr.
c/o Lane & Nach, P.C.
2001 East Campbell Ave., Suite 103
Phoenix, AZ 85016-5573

Logicalis, Inc.
3910 Telegraph Road, Suite 200
Bloomfield Hills, MI 48302-1461

Lone Star Alliance, Inc.
c/o Stromberg Stock, PLLC
8350 N Central Expy, Ste 1225
Dallas, TX 75206-1600

M2 LoanCo, LLC
Alan Rubenstein/Norton Rose Fulbright
2200 Ross Ave., Ste. 3600
Dallas, TX 75201-7921

Mack Mandrell Loyde
c/o James Bryan Moseley, Esq.
237 Castlewood Dr., Suite D
Murfreesboro, TN 37129-5166

Marion Community Hospital, Inc.
c/o Jon Rose
One Park Plaza, I-2W
Nashville, TN 37203-6527

Mark Coffelt obo Corey Coffelt
Brown & Crouppen PC - Stephen Bishop
2345 Grand Blvd., Ste. 675
Kansas City, MO 64108-2607

Mass. Dept. of Revenue
Attn: Bankruptcy Unit
PO Box 7090
Boston, MS 02204-7090

(p)MAXIM HEALTHCARE STAFFING SERVICES  INC
12558 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0001

Memorial Healthcare Group, Inc.
c/o Jon Rose
One Park Plaza, I-2W
Nashville, TN 37203-6527

| | | |
|---|---|---|
| Memorial Hospital of Larame County<br>d/b/a Cheyenne Regional Medical Center<br>c/o Blake Rasner<br>HALEY & OLSON, P.C.<br>100 N. Ritchie Road, Suite 200<br>Waco, Texas 76712-8517 | Michael Rosales<br>c/o Lane & Nach, P.C.<br>2001 East Campbell Ave., Suite 103<br>Phoenix, AZ 85016-5573 | Mid-Missouri Anesthesia Consultants, P.C.<br>c/o Carson & Coil, P.C.<br>515 E. High Street, 4th Floor<br>Jefferson City, MO 65101-3261 |
| Mohammad Azimi, MD<br>c/o Hackney Odlum & Dardas<br>10850 E. Traverse Hwy., Suite 4440<br>Traverse City, MI 49684-1364 | Murphy Watson Burr Surgery Center, Inc.<br>5202 Faraon<br>St Joseph, MO 64506-3809 | Nathan Alvarez aka Nathan Alavarez<br>c/o Lane & Nach, P.C.<br>2001 East Campbell Ave., Suite 103<br>Phoenix, AZ 85016-5573 |
| Nathan S. Cohen, Attorney at Law<br>210 South Bemiston Avenue<br>St. Louis, MO 63105-1904 | New York State Dept of Taxation & Finance<br>Bankruptcy Section<br>POB 5300<br>Albany, NY 12205-0300 | North Florida Regional Medical Center, Inc.<br>One Park Plaza, I-2W<br>Nashville, TN 37203-6527 |
| Oklahoma Tax Commission<br>Attn: Legal<br>PO Box 269056<br>Oklahoma City, OK 73126-9056 | Oliver Law Group P.C.<br>50 W. Big Beaver Rd, Ste 200<br>Troy, MI 48084-5261 | Patricia Lewis<br>c/o Hackney Odlum & Dardas<br>10850 E. Traverse Hwy., Suite 4440<br>Traverse City, MI 49684-1364 |
| Patrick C. Lynn<br>P.O. Box 311<br>El Dorado, KS 67042-0311 | Paul Al-Amin and Serina Rides<br>The Burgess Law Group c/o Janel Glynn<br>3131 E. Camelback Road, Ste. 224<br>Phoenix, AZ 85016-4599 | Progressive Medical USA, Inc.<br>365 5th Ave South, Ste 201<br>Naples, FL 34102-6575 |
| Putative Class in 2:22-cv-04191<br>c/o Carson & Coil, P.C.<br>515 E. High Street, 4th Floor<br>Jefferson City, MO 65101-3261 | Randolph DeLeon<br>c/o Lane & Nach, P.C.<br>2001 East Campbell Ave., Suite 103<br>Phoenix, AZ 85016-5573 | Richard B Dague<br>#30592 7076 RD 55f<br>Torrington, WY 82240-7771 |
| Rickey Coleman, DO<br>c/o Hackney Odlum & Dardas<br>10850 E. Traverse Hwy., Suite 4440<br>Traverse City, MI 49684-1364 | Rob Crompton, MD<br>c/o Hackney Odlum & Dardas<br>10850 E. Traverse Hwy., Suite 4440<br>Traverse City, MI 49684-1364 | Robert D. Blaurock<br>P.O. Box 311<br>El Dorado, KS 67042-0311 |
| Robert L. Dykes-Bey #201541<br>Gus Harrison Correctional Facility<br>2727 E. Beecher Street<br>Adrian, MI 49221-3506 | Robert Lacy, DO<br>c/o Hackney Odlum & Dardas<br>10850 E. Traverse Hwy., Suite 4440<br>Traverse City, MI 49684-1364 | Rosilyn Jindal<br>c/o Hackney Odlum & Dardas<br>10850 E. Traverse Hwy., Suite 4440<br>Traverse City, MI 49684-1364 |
| Ryan A Brown<br>#30488 7076 Road 55F<br>Torrington, WY 82240-7771 | SHC Services<br>6955 Union Park Center Drive<br>Ste 400<br>Cottonwood Heights, UT 84047-4192 | SLWM<br>1400 Universal<br>Kansas City, MO 64120-2140 |
| SSM - SLUH, Inc.<br>Randall F. Scherck<br>10 S. Broadway, Suite 2000<br>St. Louis, MO 63102-1747 | SSM Health Care St. Louis<br>10 S. Broadway, Suite 2000<br>St. Louis, MO 63102-1747 | SSM Medical Group, Inc.<br>Randall F. Scherck<br>10 S. Broadway, Suite 2000<br>St. Louis, MO 63102-1747 |

| | | |
|---|---|---|
| SSM Regional Health Services<br>Randal F. Scherck<br>10 S. Broadway, Suite 2000<br>St. Louis, MO 63102-1747 | (p)ST LOUIS COUNTY COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>SAINT LOUIS MO 63105-1721 | Samantha Price<br>c/o Hackney Odlum & Dardas<br>10850 E. Traverse Hwy., Suite 4440<br>Traverse City, MI 49684-1364 |
| Shawn Reid<br>P.O. Box 24401<br>Tucson, AZ 85734-4401 | Shawn Reid<br>Ricky Keever, Designated Agent for Credi<br>2204 Shot Pine Drive<br>Las Vegas, NV 89108-3415 | Sherwin T. Shelton<br>Oliver Law Group, P.C.<br>50 W. Big Beaver Rd., Ste. 200<br>Troy, MI 48084-5261 |
| South Western Communications, Inc<br>4871 Rosebud Lane<br>Newburgh, IN 47630-9351 | Stacy Lindahl<br>c/o Hackney Odlum & Dardas<br>10850 E. Traverse Hwy., Suite 4440<br>Traverse City, MI 49684-1364 | (p)STATE OF ALABAMA DEPARTMENT OF REVENUE<br>P O BOX 320001<br>MONTGOMERY AL 36132-0001 |
| State of Michigan<br>Collections Division - Dept of Treasury<br>Lansing MI 48922-0001 | State of New Jersey Division of Taxation Ban<br>PO Box 245<br>Trenton, NJ 08695-0245 | Surjit S. Dinsa, MD<br>c/o Hackney Odlum & Dardas<br>10850 E. Traverse Hwy., Suite 4440<br>Traverse City, MI 49684-1364 |
| Tallahassee Medical Center, Inc.<br>c/o Jon Rose<br>One Park Plaza, I-2W<br>Nashville, TN 37203-6527 | Tana Hill<br>c/o Hackney Odlum & Dardas<br>10850 E. Traverse Hwy., Suite 4440<br>Traverse City, MI 49684-1364 | Tennessee Department of Revenue<br>Attorney General<br>PO Box 20207<br>Nashville, TN 37202-4015 |
| Teri A. Massey<br>c/o Hackney Odlum & Dardas<br>10850 E. Traverse Hwy., Suite 4440<br>Traverse City, MI 49684-1364 | Terrance & LaTanya Wells for<br>Estate of Robert Johnson<br>van der Veen, Hartshorn and Levin<br>1219 Spruce St<br>Philadelphia, PA 19107-5607 | Timothy Hawkins<br># 987053<br>JCI-PO Box 534<br>Jessup, MD 20794 |
| Tracey Grissom<br>c/o Frank Ozment, Attorney at Law<br>217 Country Club Park, Box 501<br>Birmingham, AL 35213-4237 | Treasure Valley Oral and Facial Surgery PLLC<br>c/o Sara Schwarz<br>1000 N. Curtis Rd. Ste 103<br>Boise, ID 83706-1345 | Tyrone-Anthony Bell #240434<br>3225 John Conley Drive<br>Lapeer, Michigan 48446-2987 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | University of Utah Health<br>Jeremy L. Shaw<br>160 E 300 S 5th Fl<br>PO Box 140853<br>Salt Lake City, UT 84114-0853 |
| Van-Far Ambulance District<br>114 East Park Street<br>Vandalia, MO 63382-1813 | Victoria Hallett, DO<br>c/o Hackney Odlum & Dardas<br>10850 E. Traverse Hwy., Suite 4440<br>Traverse City, MI 49684-1364 | Waheed Nelson<br>Lane & Nach, P.C.<br>2001 East Campbell Ave., Suite 103<br>Phoenix, AZ 85016-5573 |
| Webster, Henry, Bradwell, Cohan, Speagle & D<br>Post Office Box 239<br>Montgomery, Alabama 36101-0239 | William C Watson<br>ASPC Eyman-SMU I Unit<br>PO Box 4000<br>Florence, AZ 85132-4000 | William Kelly<br>402 W Liberty St.,<br>Ann Arbor MI 48103-4388 |

| | | |
|---|---|---|
| Aakash Dalal<br>215 Burlington Rd S<br>Bridgeton, NJ 08302-3479 | Adree Edmo<br>c/o Mary Elizabeth Heard<br>100 NE Loop 410, Suite 605<br>SAN ANTONIO, TX 78216-4742 | Aleatha Denise Reitsma-Mathias<br>7806 Founders Circle<br>Naples, FL 34104-5315 |
| Alex Scott<br>IMSL<br>POB 51<br>Boise, ID 83707-0051 | Ananda Slocum<br>c/o Lane & Nach, P.C.<br>2001 East Campbell Avenue<br>Suite 103<br>Phoenix, AZ 85016-5573 | Armando Banuelos<br>c/o Hallinan & Killpack Law Firm<br>5240 E Pima St<br>Tucson, AZ 85712-3630 |
| Arvant Kumar Tripati<br>POB 8900<br>Yuma, AZ 85349 | Billie Mancell<br>707 Myrtle Ave<br>El Paso, TX 79901-2567 | Bradley Schwartz<br>c/o Hallinan & Killpack Law Firm<br>5240 E Pima St<br>Tucson, AZ 85712-3630 |
| Cedric Bell<br>Kinross Correctional Facility<br>4533 W Industrial Park Dr<br>Kincheloe, MI 49788-1638 | Charles Stewart Jamsen<br>2145 Hackmore Drive<br>Ann Arbor, MI 48103-1405 | Christopher Brightly<br>2438 E Broadway Boulevard<br>Tucson, AZ 85719-6008 |
| David Hall<br>8092 Castle Rock Ct.<br>Pasadena, MD 21122-6436 | Demetrius McBride<br>Thumb Correctional Facility<br>3225 John Conley Dr<br>Lapeer, MI 48446-2987 | Donald Rolle<br>7076 Road 55F<br>Tarrington, WY 82240-7771 |
| Donna Marie Rohrs<br>16593 Blodgett Rd.<br>PO Box 68<br>Hersey, MI 49639-0068 | Edward Stenberg<br>124629<br>Lake Correctional Facility<br>141 First St<br>Coldwater, MI 49036-9687 | Erin Maurice Justice<br>E.C. Brooks Correctional Facility<br>2500 South Sheridan Drive<br>Muskegon Heights, MI 49444-2600 |
| Frank Patterson<br>7076 Road 55 F<br>Torrington, WY 82240-7771 | Gordon S Dittmer<br>Lakeland Correctional Facility<br>141 First St<br>Coldwater, MI 49036-9687 | J Brother Jr<br>1300 Post Oak H 2000<br>Houston, TX 77056 |
| J. Thaddeus Eckenrode<br>Eckenrode-Maupin Law Firm<br>11477 Olde Cabin Rd, Ste 110<br>St Louis, MO 63141-7128 | James Gassenheimer<br>Berger Singerman LLP<br>1450 Brickell Avenue, Ste. 1900<br>Miami, FL 33131-5319 | Jason S Brookner<br>Gray Reed & McGraw LLP<br>1601 Elm Street<br>Suite 4600<br>Dallas, TX 75201-7212 |
| Jeffrey Walter Bomber<br>W11901 Middle Beach<br>Naubinway, MI 49762 | Jim Williams<br>3100 Cooper St<br>Jackson Correctional Facility<br>Jackson, MI 49201-7545 | Laura Medley<br>POB 490<br>Mesa, AZ 85211-0490 |
| Lee Ridgley<br>ISCC E-3-41a<br>POB 70010<br>Boise, ID 83707-0110 | Leona Miotke<br>20804 Butteville Rd NE<br>Aurora, OR 97002-8746 | Leonard Thomas<br>#175876<br>Miami Correctional Facility<br>3038 W 850 S<br>Bunker Hill, IN 46914-9810 |

Linda Floyd
c/o Lane & Nach, P.C.
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85018 US 85016-5573

Lydia R Webb
Gray Reed & McGraw LLP
1601 Elm St
Ste 4600
Dallas, TX 75201-7212

Mack Mandrell Loyde
c/o Moseley & Moseley, Attorneys
237 Castlewood Dr.
Suite D
Murfreesboro, TN 37129-5166

Mark Stewart
203381
Arizona State Prison Complex - Elyman
South Unit
POB 8400
Florence, AZ 85132-8400

Martin J McAndrew
O'Connor Kimball LLP
51 Haddonfield Rd
Ste 330
Cherry Hill, NY 08002-4616

Michael Chapman
Elmore Correctional Facility
3520 Marion Spillway Rd.
Elmore, AL 36025-1532

Moses Kirschke
384285
Lakeland Corr. Facility
141 First Street
Coldwater, MI 49036-9687

Neil Willey
934948
Jesup Correctional Inst.
POB 534
Jessup, MD 20794-0534

Patrick C Lynn
64377
EDCF
POB 311
El Dorado, KS 67042-0311

Paul Lupe
c/o Hallinan & Killpack Law Firm
5240 E Pima St
Tucson, AZ 85712-3630

Phillip Buchanan
Algoa Correctional Center
8501 No More Victim's Road
Jefferson City, MO 65101-4567

Rickey Joe Coleman
25115 E. Phillips Dr.,
Aurora, CO 80016-7373

Robert Schaff
OnderLaw, LLC
110 E Lockwood Ave
St. Louis, MO 63119-3058

Robert D Blaurock
EDCF
POB 311
El Dorado, KS 67042-0311

Robert David Lacy
10714 W. Braemar
Holly, MI 48442-8694

Robert L Dykes-Bay
Gus Harrison Correctional Facility
2727 E Beecher St
Adrian, MT 49221-3506

Roger Ervin
#361733
NBCI
14100 McMullen Hwy
Cumberland, MD 21502-5777

Rosilyn Jindal
920 Red Oak Court
Tecumseh, MI 49286-1070

Scott Woodbury
#203038
Kinross Correctional Facility
4533 W. Industrial Park Drive
Kinecheloe, MI 49788-1638

Sefika Lakic
990 Clithero Dr
Boise, ID 83703-5704

Shaidon E Blake
E. D. C. F.
#96323
1731 SE 54 Hwy
POB 311
El Dorado, KS 67042-0311

Shawn Reid
ADOC# 300725
P.O. Box 24401
Tucson, AZ 85734-4401

Stephen Floyd Ullrich
ISCI
PO Box 14
Boise, ID 83707-0014

Tina Darling
Hancock, Daniel & Johnson, PC
4701 Cox Rd.
Suite 400
Glen Allen, VA 23060-6802

Tonatihu Aguilar
PO Box 40611
TUCSON, AZ 85717-0611

Tyrone-Anthony Bell
Lapeer Correctional Fac.
3225 John Conley
Lapeer, MI 48446-2987

Victoria Hallett

W. D. Merkley
ISCI, Med. Anx. -7
POB 14
Boise, ID 83707-0014

Waheed Nelson
C/O P.O. Box 340261
Tampa, FL 33694

Zemina Lakic
947 W. Waltman Dr.
Meridian, ID 83642-6149

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Halo Branded Solutions, Inc.
635 Butterfield Rd.
Oakbrook Terrace, IL 60181

Bio-Rad Laboratories, Inc.
1000 Alfred Nobel Dr.
Hercules, CA 94547

(d)HALO BRANDED SOLUTIONS INC
1500 HALO WAY
STERLING IL 61081

Maxim Healthcare Staffing Services, Inc.
Attn. Carrie V. O'Brien
7227 Lee Deforest Drive
Columbia, MD 21046

ST LOUIS COUNTY COLLECTOR OF REVENUE
41 S. CENTRAL AVE.
ST. LOUIS, MO. 63105

State of Alabama
Department of Revenue
Legal Division
PO Box 32001
Montgomery, AL 36132-0001


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)ACLU National Prison Project

(u)Bay Hospital, Inc. d/b/a Gulf Coast Region

(u)Capital Region Medical Center


(u)Center for Constitutional Rights

(u)Centric Ambulatory Surgery Center, LLC

(u)City of Philadelphia


(u)Class of Idaho Department of Corrections I

(u)Consilium Staffing, LLC

(u)Coverys Speciality Insurance Company


(u)Estate of Darryl Terrell Becton, c/o Moniq

(u)FTI Capital Advisors, LLC

(u)Former Corizon Employees


(u)Geneva Consulting LLC

(u)HCA Health Services of Florida, Inc. d/b/a

(u)Highwoods Realty Limited Partnership


(u)Lawnwood Medical Center, Inc. d/b/a Lawnwo

(u)Lexington Insurance Company

(u)Logicalis, Inc.

| | | |
|---|---|---|
| (u)M2 LoanCo, LLC | (u)MMS Minnesota Supply, Inc. | (u)Marion Community Hospital, Inc. d/b/a Ocal |
| (u)Memorial Healthcare Group, Inc. d/b/a Memo | (u)Non-Party Flacks Group, LLC<br>Non-Party Flacks Group, LLC | (u)North Florida Regional Medical Center, Inc |
| (u)Official Unsecured Creditors' Committee | (u)Public Justice | (u)RMSC Plaintiffs<br>c/o Walker & Patterson, P.C.<br>Johnie Patterson<br>4815<br>Houston77092 |
| (u)Rights Behind Bars | (u)Roderick & Solange MacArthur Justice Cente | (u)St. Luke's Health System, Ltd. |
| (u)St. Luke's Regional Medical Center, Ltd | (u)State of Missouri | (u)Tallahassee Medical Center, Inc. d/b/a Cap |
| (u)The Curators of the University of Missouri | (u)The Putative Class in Pearson v. Washingto | (u)The Putative Class in Smith v Washington 2 |
| (u)Andrea Abraham, P.R. Estate of Gregory Abr | (d)Dell Financial Services L.L.C.<br>c/o Streusand, Landon, Ozburn & Lemmon<br>1801 S. MoPac Expressway<br>Suite 320<br>Austin, TX 78746-9817 | (u)Hearn Law, PLC, as class counsel in Cortes |
| (u)Indiana Department of Revenue Bankruptcy S<br>100 N Senate Ave Indianapolis, Indiana 4 | (d)Mitsubishi HC Capital America, Inc. f/k/a<br>c/o Amish R. Doshi, Esq.<br>Doshi Legal Group PC<br>1979 Marcus Avenue, Suite 210E<br>Lake Success, NY 11042-1022 | (u)Adam Baker |
| (u)Alfred Vela | (u)Alton Brown | (u)Andrew Lyles |
| (d)Angela Branum<br>c/o Attorney Joy Bertrand<br>PO Box 2734<br>Scottsdale, AZ 85252-2734 | (u)Antoinette Windhurst | (u)Antonio Reali |

| | | |
|---|---|---|
| (u)Cassandra Oliver | (u)Charles Jones | (d)Christopher D Harrell<br>WMCI #26939<br>7076 Road 55F<br>Torrington, WY 82240-7771 |
| (u)Clarence Dean | (u)Darrell Barrows | (u)Darren Robert Pedersen |
| (u)David Wichternman Jr. | (u)Derico Thompson | (u)Eileen McNamara |
| (u)Eugenio Mathis | (u)Ginger Headley | (u)Gregory Abraham |
| (u)Hector Garcia Jr. | (d)Henry Snook<br>c/o Lane & Nach, P.C.<br>2001 East Campbell Avenue<br>Suite 103<br>Phoenix, AZ 85016-5573 | (u)James Hyman |
| (d)Jennifer Power<br>c/o Lane & Nach, P.C.<br>2001 East Campbell Avenue<br>Suite 103<br>Phoenix, AZ 85016-5573 | (u)Kerrie Milkiewicz | (u)Kimberly Briggs |
| (u)Kohchise Jackson<br> US | (u)Machelle Pearson | (u)Maria Sheldon |
| (u)Mark Coffelt | (u)Paul Al-Amin | (u)Rachell Garwood |
| (u)Reuben Cortes, et al. | (u)Ricky Scott | (u)Sabrie Alexander |
| (u)Sanjeev Ravipudi | (u)Serina Rides | (u)Tiffany Smith |

(u)Tracey Grissom                    (u)William Kelly                    End of Label Matrix
                                                                          Mailable recipients  239
                                                                          Bypassed recipients   80
                                                                          Total                319