**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

CITY OF ST. LOUIS                                       )
                                                        )
Plaintiff(s),                                           )
                                                        )
vs.                                                     )     Case No. 4:23-CV-00987
CHS TX, INC., d/b/a YESCARE, LEXINGTON                  )
INSRUANCE CO., and GREAT MIDWEST                        )
INSURANCE CO.,                                          )
                                                        )
Defendant(s).                                           )

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for
Great Midwest Insurance Co.      hereby discloses the following:

1.      If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks
        to intervene,

a.      Whether it is publicly traded, and if it is, on which exchange(s):
    Yes; NASDAQ: SKWD


b.      Its parent companies or corporations (if none, state "none"):
Skyward Specialty Insurance Group, Inc., a publicly held company (NASDAQ: SKWD) owns 100% of Houston Specialty
Insurance Company, a Texas stock insurance company, which owns 100% of Imperium Insurance Company, a Texas
stock insurance company, who in turn owns 100% of Great Midwest Insurance Company.
c.      Its subsidiaries not wholly owned by the subject (if none, state "none"):
            None


d.      Any publicly held company or corporation that owns  five percent (5%) or more of
        the subject's stock (if none, state "none"):

                    See above  1.

2.      If the subject is a party or intervenor in an action in which jurisdiction is based on diversity
        under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose
        citizenship is attributed to that party or intervenor, including all members, sub-members,
        general and limited partners, and corporations:
        Great Midwest Insurance Company is a Texas corporation with its principal place of
        business and corporate headquarters located at 800 Gessner Rd, Suite 600 Houston, TX
        77024.  Great Midwest Insurance Company is a citizen of the state of Texas for purposes
        of diversity jurisdiction under 28 U.S.C. § 1332(a).


        Note: Sub-members include the members of members (i.e., first-tier sub-members), and the
        members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier
        sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of
        *all* persons and entities within the ownership structure.  Further, if a corporation is a member or
        sub-member of the subject organization, that corporation's state of incorporation and principal
        place of business must be disclosed.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

_____*s/ Reed Thomas Warburton*_____
Signature (Counsel for Plaintiff/Defendant)
Print Name: ___Reed Thomas Warburton___
Address: _Bradley Firm- 1819 5th Ave N_
City/State/Zip: ___Birmingham, AL 35203___
Phone: _____205.521.8987_____

## Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: ___August 15_____, 20__23__ .

_____*s/ Reed Thomas Warburton*_____
Signature