# EXHIBIT B

**From:** Anthony, FahRasa <anthonyf@stlouis-mo.gov>
**Sent:** Friday, August 18, 2023 1:41 PM
**To:** Jarrett, Lara <ljarrett@bradley.com>
**Cc:** Erin McGowan <McGowanE@stlouis-mo.gov>
**Subject:** City of St. Louis v. CHS Tx. Case No.: 2322-CC01330 Petition exhibits

| CAUTION - EXTERNAL EMAIL |
|---|

It was so lovely speaking with you this afternoon. Attached are the exhibits requested. I was able to get them in 1 email.  If you need anything else please let us know.


--
**Dee-Dee Anthony**
Paralegal
Affirmative Litigation Unit
City Hall, Room 314
1200 Market St.
St. Louis, MO 63103
Office Phone: (314) 622-4542
Fax:  (314) 622-4956
E-mail:  AnthonyF@stlouis-mo.gov