UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CITY OF ST. LOUIS, | ) |
| Plaintiff(s), | ) |
| v. | ) No. 4:23-CV-00987-SRW |
| CHX TX, INC., et al., | ) |
| Defendant(s). | ) |

## ORDER

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Stephen R. Welby to District Judge Stephen R. Clark.

September 14, 2023
Date

*Gregory J. Linhares*          /
Clerk of Court

By:  /s/ Kelley Shirley          /
KELLEY SHIRLEY
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:23-CV-00987-SRC**