# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| **CITY OF ST. LOUIS,** | ) | |
| | ) | |
|     **Plaintiff** | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:23-CV-00987 |
| | ) | |
| **CHS TX, INC., D/B/A YESCARE,** | ) | Removed from the Circuit Court of |
| **LEXINGTON INSURANCE CO., and** | ) | St. Louis City, Missouri |
| **GREAT MIDWEST INSURANCE CO.,** | ) | Case No. 2322-CC01330 |
| | ) | |
|     **Defendants.** | ) | |
| | ) | |

**NOTICE OF SUPPLEMENTAL FILINGS TO CHS TX, INC'S NOTICE OF REMOVAL**

Pursuant to the Court's Order October 2, 2023 Order Denying Plaintiff City of Saint Louis's Motion to Remand (Doc. No. 26), Defendant CHS TX, Inc. hereby files the following as supplements to its Notice of Removal (Doc. No. 1):

A. Exhibit 1 to Plaintiff's Complaint

B. Exhibit 2 to Plaintiff's Complaint

C. Exhibit 3 to Plaintiff's Complaint

D. Exhibit 4 to Plaintiff's Complaint

E. Exhibit 5 to Plaintiff's Complaint

F. Exhibit 6 to Plaintiff's Complaint

G. Exhibit 7 to Plaintiff's Complaint

H. Exhibit 8 to Plaintiff's Complaint

Respectfully Submitted,

*/s/ R. Thomas Warburton*
R. Thomas Warburton (MO Bar No. 65477)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue N.
Birmingham, AL  35203
205.521.8987
twarburton@bradley.com

*Attorney for CHS TX, Inc. and Great Midwest Insurance Co.*

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2023, a true and exact copy of the foregoing was served via the Court's electronic case filing system upon the following:

Sheena Hamilton
Erin McGowan
Affirmative Litigation Unit
314 City Hall
1200 Market St.
St. Louis, MO 63103

*Attorneys for Plaintiff*

Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

*Registered Agent for Lexington Insurance Co.*

*/s/ R. Thomas Warburton*
R. Thomas Warburton