# EXHIBIT D

DocuSign Envelope ID: A9C1BF2C-67E6-477D-AF83-14A510F2333D

# 1ST AMENDMENT and EXTENSION to the
# CITY OF ST. LOUIS, DIVISION OF CORRECTIONS
# HEALTH SERVICES AGREEMENT

**This 1st Amendment and extension to the Health Services Agreement is** made and entered into on the 1st day of November, 2022, by and between the City of St. Louis, Missouri, by and through its Division of Corrections (the "City"), with its principal place of business at the City Justice Center, 200 South Tucker, St. Louis, MO 63102-1152, and CHS TX, Inc. d/b/a YesCare, successor by merger to the rights and obligations of Corizon, LLC ("Contractor") having a business address of 205 Powell Place, Brentwood, TN 37027.

**WITNESSETH:**

**WHEREAS**, the City is charged by law with the responsibility for administering, managing and supervising the health care delivery system of the City Justice Center ("CJC") located at 200 South Tucker, St. Louis, MO 63102-1152, and the Medium Security Institution ("MSI"), located at 7600 North Hall Street, St. Louis, MO 63147, (the "Facility" and/or the "Facilities"); and

**WHEREAS**, the objective of the City is to provide for the delivery of quality health care to Inmates in accordance with applicable law; and

**WHEREAS**, the Parties entered into a Health Care Services agreement (the "Agreement") on November 1, 2019 to promote this objective; and

**WHEREAS,** the party providing health care services under the Agreement was Corizon, LLC until May 5, 2022, when, as a result of certain merger transactions, the Agreement became vested in CHS TX, Inc.; and

**WHEREAS,** the parties now desire to extend the term of the agreement and amend certain terms, specifically related to scope of services and related staffing and compensation.

**NOW, THEREFORE**, with the intent to be legally bound, and in consideration of the covenants and promises hereinafter made, the parties hereto agree as follows:

1. The parties acknowledge and agree that on this date the general engagement and scope of health care services will only apply to the City Justice Center ("CJC") located at 200 South Tucker, St. Louis, MO 63102.

2. The parties agree to extend the term for the period of November 1, 2022 through November 30, 2022 under the existing terms and conditions of the current health services agreement entered into on November 1, 2019.

EXHIBIT 4

3. The Parties agree to extend the term of the Agreement for a one-year period from December 1, 2022 through November 30, 2023 under the new terms and conditions of this amendment as set forth below. One additional extension year is available to the parties from December 1, 2023 through November 30, 2024, unless either party delivers written notice of the non-renewal to the other party at least 90 days prior to the expiration of the then-existing term, in which event this Agreement will terminate upon the expiration of the then-existing term.

4. Effective December 1, 2022, Section 2.2 of the Health Services Agreement shall be deleted in its entirety and shall be replaced as follows:

    2.2 <u>Staffing Vacancies</u>. YesCare will credit to the City all positions vacant in excess of 30 consecutive days in accordance with the staffing plan in Appendix C. YesCare will provide the City a monthly summary of vacant positions in accordance with the contracted staffing plan by job class (RN, LPN, etc.). Once a position has been vacant for a period of thirty (30) consecutive days, credit shall be given for actual positions vacant based upon the number of scheduled days vacant (beyond the initial 30 consecutive days) within the calendar month for that position. YesCare will provide a credit memo to the City based upon the renewal agreement's proposed hourly rates per position (to include applicable CPI increases).

    A position is deemed vacant when no individual has been hired or contracted to provide services, and has begun working at the facilities. When part-time, temporary, agency, locum, PRN, and overtime are utilized consistently to cover a position, these services will preclude a position from being declared vacant. The computation of vacant days will be provided to the City no later than 30 days following the month of service.

5. Section 11.9 shall be amended to provide that all notices or other communications thereunder shall be deemed to be duly given if by email, facsimile or by certified mail, return receipt requested, postage prepaid on the date posted.

    In addition, Section 11.9.a. shall be amended to provide that copies of all communications shall be sent to:

    City Counselor's Office
    1200 Market Street Room 314
    St. Louis, MO 63103
    ATTN: City Counselor

    The parties acknowledge and agree that all notices or other communications required or permitted to be given under the Agreement be sent in writing to both the City Counselor's Office and the Division of Corrections.

DocuSign Envelope ID: A9C1BF2C-67E6-477D-AF83-14A510F2333D

6. The parties acknowledge and agree that on-call services may be provided by a fully licensed, qualified medical provider, to include the Medical Director, a physician, a nurse practitioner or a physician's assistant.

7. The parties acknowledge and agree that the provisions of Article X do not limit or restrict the legal remedies available to the parties in the event of default.

8. Effective December 1, 2022, Appendix B is deleted in its entirety and replaced with the Appendix B dated November 1, 2022 attached and incorporated herein.

9. Effective December 1, 2022, Appendix C shall be deleted in its entirety and replaced with the Appendix C dated December 1, 2022 attached and incorporated herein.

10. Appendix D shall be amended to include item 11. **Quarterly Utilization Reports**:
    a. Summary Statistical Activity – Offsite Services
    b. Inpatient Services by Hospital (statistics & graphs)
    c. Emergency Department Visits by Classification
    d. Offsite Visits by Medical Class

    The Quarterly Utilization Report is attached and incorporated herein as Appendix D.

11. Effective December 1, 2022, Appendix E, Section 1, shall be deleted in its entirety and replaced as follows:

    **1. STAFFING VACANCIES**

    Performance Objective: The Provider will fill vacancies for all staff in the contractual staffing plan, within 30 days.

    SLA: Compliance at 100% for all mandatory positions

    Measurement: Monthly Provider Vacancy Report

    Penalty: The daily value of the budgeted salary and benefits of the position vacant for every day for which the position remains vacant beyond 30 days.

    The revised Monthly Provider Vacancy Report is attached and incorporated herein as Appendix E.

12. Contractor warrants and represents that CHS TX, Inc. d/b/a YesCare, has assumed all responsibilities, rights, liabilities and obligations of Corizon, LLC, and Corizon Health, Inc., and their successors in interest related to the Health Services Agreement by and

DocuSign Envelope ID: A9C1BF2C-67E6-477D-AF83-14A510F2333D

between the City of St. Louis and CHS TX, Inc., and all previous agreements entered into by Corizon LLC, or Corizon Health, Inc. and the City of St. Louis.,

All other terms and conditions of the Health Services Agreement shall remain unchanged and in full force and effect except to the extent modified herein.

[SIGNATURES TO FOLLOW]

**IN WITNESS WHEREOF**, the parties hereto have entered into this Agreement as of the date the last party executes this Agreement.

For the City of St. Louis:

_____  10-28-22
Commissioner of          Date
Corrections

For CHS TX, Inc.:

Tirschwell, Sara         10/26/2022
Authorized Officer       Date

Tirschwell, Sara         Chief Executive Officer
Printed Name and Title

Darlene Green  11/3/22
Comptroller    Date

**APPROVED AS TO LEGAL FORM ONLY:**

_____  10/3/22
City Counselor           Date

_____  11/3/2022
Register                 Date

COMPTROLLER'S OFFICE
DOCUMENT # 75031

Approved: 11/02/2022
BOARD OF ESTIMATE AND APPORTIONMENT
Stephanie M. Green
                SECRETARY

## APPENDIX B: CONTRACT PRICING
## (effective December 1, 2022)

**RATE SCHEDULE**

|  | ANNUAL BASE | MONTHLY PAYMENT |
|---|---|---|
| **TOTAL** | $7,579,848 | $631,654 |
| **VARIABLE PER DIEM** | $1.90 | |

The City shall be billed $1.90 per Inmate per day for population in excess 658 Inmates. The City shall receive a credit of $1.90 per Inmate per day for population below 658 Inmates. The City will provide Inmate counts to YesCare no later than three business days following the month of service.

**CJC 4th Floor**
In the event the City opens CJC's fourth floor, the City will provide at least sixty days' notice to YesCare if increased staffing is required. YesCare will recruit and retain the following additional positions:

- 4.2 FTE RN
- 0.8 FTE Licensed BHP

Beginning the first day of the month following the 60 days' notice period, the annual base fee, monthly payment, and population threshold will be modified to the following:

|  | ANNUAL BASE | MONTHLY PAYMENT |
|---|---|---|
| **TOTAL** | $8,487,852 | $707,321 |
| **Population threshold** | 800 ADP | |

**CJC Annex**
In the event the City opens the CJC Annex, the City will provide at least sixty days' notice to YesCare if increased staffing is required. YesCare will recruit and retain the following additional positions:

- 4.2 FTE RN
- 0.2 FTE Psychiatrist

Beginning the first day of the month following the 60 days' notice period, YesCare will invoice an additional monthly invoice / annual base fee and population threshold of the following:

|  | **ANNUAL BASE** | **MONTHLY PAYMENT** |
|---|---|---|
| **TOTAL** | $1,033,272 | $86,106, |
| **Population threshold** | 165 ADP | |

**AGGREGATE CAP FOR OFFSITE SERVICES**

YesCare will be responsible for payment of all contracted services up to an annual aggregate total of $750,000. **Should the amount incurred be less than $750,000, YesCare will refund the City an amount equal to $750,000 less the cost of contracted services.** Should the amount incurred be in excess of $750,000 the following risk sharing formula will be utilized:

First $250,000 above $750,000:     50% YesCare/50% Division of Corrections

All amounts above $1,000,000 will be the responsibility of the City.

The following costs are considered contracted medical costs and will be included in the annual aggregate cap calculations:

   Inpatient Hospitalization
   Outpatient Services
   Laboratory Services
   Radiology Services (including mobile x-ray services provided on-site)
   Emergency room Services
   Specialty Care
   Prosthetic Devices
   Medical Treatment of Hepatitis C
   Limited Distribution Drugs and Factors VIII & IX, and similar products for the treatment of bleeding disorders

YesCare will supply a comprehensive accounting of all contracted medical services to the Division of Corrections on a monthly basis, with quarterly reconciliations and billings/credits to the City based upon the trend of actual and anticipated costs. In the event any contract term is less than a full year, the risk sharing limits will be prorated based upon the actual months of service provided.

Within 120 days after the end of the first year of the contract and every year thereafter YesCare will make a payment to the Division of Corrections for any amounts owed to the City of St. Louis

DocuSign Envelope ID: A9C1BF2C-67E6-477D-AF83-14A510F2333D

if the total cost of contracted medical services is less than the aggregate cap and the City of St. Louis will make a payment to YesCare for any amounts owed to YesCare for total contracted medical costs exceeding the aggregate cap.

Contracted medical costs may be received after annual settlement payments have been made., The City will be notified monthly of any payments for contracted medical costs after annual settlement payments have been made and YesCare will add to the aggregate total of contracted medical costs for the subsequent year. In the event significant additional payments are made causing a change in the previous settlement split, YesCare and the City will equitably adjust such settlement.

DocuSign Envelope ID: A9C1BF2C-67E6-477D-AF83-14A510F2333D

# APPENDIX C: STAFFING PLAN (effective December 1, 2022)

**ST LOUIS CITY – CJC** ADP 658

| Position Name | Licensure or Credentials | FTE's* | Total Hours/Week | Supervised By |
|---|---|---|---|---|
| *CITY JUSTICE CENTER - ADP 658* | | | | |
| **Day Shift** | | | | |
| Administrator | RN | 1.00 | 40 | Regional VP of Operations |
| Administrative Assistant | | 1.00 | 40 | Health Service Administrator |
| Medical Records Clerk | | 1.00 | 40 | Health Service Administrator |
| UM Coordinator | | 1.00 | 40 | |
| Medical Director | MD | 0.50 | 20 | Regional Medical Director |
| Midlevel NP/PA** | ARNP | 1.00 | 40 | Site Medical Director |
| Psychiatrist** | MD, CCHP | 0.50 | 20 | Regional Psychiatric Director |
| Dentist** | DDS | 0.60 | 24 | Regional Medical Director |
| Director of Nursing | RN | 1.00 | 40 | Health Service Administrator |
| RN - Charge | RN | 1.40 | 56 | Director of Nursing |
| RN (Intake / H&P) | RN | 2.40 | 96 | Director of Nursing |
| CQI / Nurse Ed / Inf Control | | 1.00 | 40 | Director of Nursing |
| LPN | LPN | 4.20 | 168 | Director of Nursing |
| Medical Assistant | | 1.00 | 40 | Director of Nursing |
| Pharmacy Tech | | 1.00 | 40 | Health Service Administrator |
| Dental Assistant | | 0.60 | 24 | Dentist / Health Service Administrator |
| Director of Mental Health | LPC / LCSW | 1.00 | 40 | Health Service Administrator / Regional Psychiatric Director |
| MH Professional | LPC / LCSW | 3.30 | 132 | Director of Mental Health |
| Discharge Planner | BS | 1.00 | 40 | Health Service Administrator |
| **Evening Shift** | | | | |
| RN - Charge | RN | 1.40 | 56 | Director of Nursing |
| RN (Intake) | RN | 1.40 | 56 | Director of Nursing |
| LPN | LPN | 4.20 | 168 | Director of Nursing |
| **Night Shift** | | | | |
| RN - Charge | RN | 1.40 | 56 | Director of Nursing |
| RN (Intake) | RN | 1.40 | 56 | Director of Nursing |
| LPN | LPN | 4.20 | 168 | Director of Nursing |
| **TOTAL** | | **38.50** | **1,540** | |

\* FTE represents 2,080 annually inclusive of paid leave (sick, vacation, holiday, etc.)
\*\* Scheduling is flexible based upon custody requirements and the needs of the population.

DocuSign Envelope ID: A9C1BF2C-67E6-477D-AF83-14A510F2333D

## ADP Additional 142 – total 800

**PROPOSED ST LOUIS CITY – CJC (to be implemented if CJC reopens the 4th floor)**

| Position Name | Licensure or Credentials | FTE's* | Total Hours/Week | Supervised By |
|---|---|---|---|---|
| **CITY JUSTICE CENTER - ADP ADDITION 142** | | | | |
| **Day Shift** | | | | |
| RN - Charge | RN | 1.40 | 56 | Director of Nursing |
| MH Professional | LPC / LCSW | 0.80 | 32 | Director of Mental Health |
| **Evening Shift** | | | | |
| RN - Charge | RN | 1.40 | 56 | Director of Nursing |
| **Night Shift** | | | | |
| RN - Charge | RN | 1.40 | 56 | Director of Nursing |
| **TOTAL** | | 5.00 | 200 | |

## ADP 165

**PROPOSED ST LOUIS CITY – CJC ANNEX (to be implemented if CJC reopened)**

| Position Name | Licensure or Credentials | FTE's* | Total Hours/Week | Supervised By |
|---|---|---|---|---|
| **CITY JUSTICE CENTER - ANNEX - ADP 165** | | | | |
| **Day Shift** | | | | |
| RN - Charge | RN | 1.40 | 56 | Director of Nursing |
| Psychiatrist | MD, CCHP | 0.20 | 8 | Regional Psychiatric Director |
| **Evening Shift** | | | | |
| RN - Charge | RN | 1.40 | 56 | Director of Nursing |
| **Night Shift** | | | | |
| RN - Charge | RN | 1.40 | 56 | Director of Nursing |
| **TOTAL** | | 4.40 | 176 | |

## Appendix D - 11. Quarterly Utilization Reports

### a. Statstical Activity - Offsite Services

| CALENDAR YEAR * | ADP | Hospital Admits / 1000 | ER Visits / 1000 | OP Referrals / 1000 |
|---|---|---|---|---|
| Year 1 | - | - | - | - |
| Year 2 | - | - | - | - |
| Year 3 | - | - | - | - |
| YTD Year 4 | - | - | - | - |

* Year 4 includes data thru XX

## b. Inpatient Services by Hospital

| Inpatient Facility Costs | Year 1 | Year 2 | Year 3 | YTD Year 4 |
|---|---|---|---|---|
| Hospital A | $ - | $ - | $ - | $ - |
| Hospital B | $ - | $ - | $ - | $ - |
| Hospital C | $ - | $ - | $ - | $ - |
| Hospital D | $ - | $ - | $ - | $ - |
| Hospital E | $ - | $ - | $ - | $ - |
| **Total Facility Costs - All Hospitals** | $ - | $ - | $ - | $ - |

| Inpatient Admissions | Year 1 | Year 2 | Year 3 | YTD Year 4 |
|---|---|---|---|---|
| Hospital A | - | - | - | - |
| Hospital B | - | - | - | - |
| Hospital C | - | - | - | - |
| Hospital D | - | - | - | - |
| Hospital E | - | - | - | - |
| **Total Admissions - All Hospitals** | 41 | 23 | 24 | 25 |

| Inpatient Facility Cost Per Admission | Year 1 | Year 2 | Year 3 | YTD Year 4 |
|---|---|---|---|---|
| Hospital A | $ - | $ - | $ - | $ - |
| Hospital B | $ - | $ - | $ - | $ - |
| Hospital C | $ - | $ - | $ - | $ - |
| Hospital D | $ - | $ - | $ - | $ - |
| Hospital E | $ - | $ - | $ - | $ - |
| **Average Cost Per Admission** | $ - | $ - | $ - | $ - |

| Inpatient Total Avg Cost Per Admission | Year 1 | Year 2 | Year 3 | YTD Year 4 |
|---|---|---|---|---|
| Facility | $ - | $ - | $ - | $ - |
| Professional | $ - | $ - | $ - | $ - |
| **Total** | $ - | $ - | $ - | $ - |

Note: Graphs of actual trend data will be provided for:
- Average Cost / Admission – total Facility costs annually
- Average Cost / Admission – total by Hospital

### c. ED Visits by Classification

| | Year 1 | | | Year 2 | | | Year 3 | | | YTD Year 4 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Average Cost / Visit | Visits | Total Cost | Average Cost / Visit | Visits | Total Cost | Average Cost / Visit | Visits | Total Cost | Average Cost / Visit | Visits | Total Cost |
| Medical Description 1 | | | | | | | | | | | | |
| Medical Description 2 | | | | | | | | | | | | |
| Medical Description 3 | | | | | | | | | | | | |
| Medical Description 4 | | | | | | | | | | | | |
| Medical Description 5 | | | | | | | | | | | | |
| Medical Description 6 | | | | | | | | | | | | |
| Medical Description 7 | | | | | | | | | | | | |
| Medical Description 8 | | | | | | | | | | | | |
| Medical Description 9 | | | | | | | | | | | | |
| Medical Description 10 | | | | | | | | | | | | |
| Medical Description 11 | | | | | | | | | | | | |
| Medical Description 12 | | | | | | | | | | | | |
| Medical Description 13 | | | | | | | | | | | | |
| Medical Description 14 | | | | | | | | | | | | |
| Medical Description 15 | | | | | | | | | | | | |
| Medical Description 16 | | | | | | | | | | | | |
| | | - | $ - | | - | $ - | | - | $ - | | - | $ - |

*Represents YTD Year 4 Activity - with three month lag for services*

### d. Outpatient Visits by Classification

| | Year 1 | | Year 2 | | Year 3 | | YTD Year 4 | |
|---|---|---|---|---|---|---|---|---|
| | # of Events | Total Cost | # of Events | Total Cost | # of Events | Total Cost | # of Events | Total Cost |
| Medical Description 1 | | | | | | | | |
| Medical Description 2 | | | | | | | | |
| Medical Description 3 | | | | | | | | |
| Medical Description 4 | | | | | | | | |
| Medical Description 5 | | | | | | | | |
| Medical Description 6 | | | | | | | | |
| Medical Description 7 | | | | | | | | |
| Medical Description 8 | | | | | | | | |
| Medical Description 9 | | | | | | | | |
| Medical Description 10 | | | | | | | | |
| | - | $ - | - | $ - | - | $ - | - | $ - |

*Represents YTD Year 4 Activity - with three month lag for services*

# Appendix E - Monthly Provider Vacancy Report (effective December 1, 2022)

St. Louis City MO  
Staffing Paybacks  
Jul-22

**EXAMPLE**

Work Days: 21 — 168  
Grace Period: 30

| Position | Employee Name | Contract FTE's | Hours Required | Hours Provided | PTO Hrs | Total Hours Provided | Term Date | Hours Over/Under Provided | Total Workdays Vacant Prior Month | Workdays Vacant Current Month | Payback Rate | Current Month Staffing Paybacks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Medical Director** | Medical Director Name | | | 32.00 | 16.00 | 48.00 | | | | | | |
| | Hrs to Mid-Level | | | - | - | - | | | | | | |
| | | 0.50 | 84.00 | 32.00 | 16.00 | 48.00 | | (36.00) | - | | (4.50) $ 15.00 | $ - |
| **Mid-Level NP/PA** | Midlevel Name 1 | | | 116.00 | 16.00 | 132.00 | | | | | | |
| | Hrs from MD | | | - | - | - | | | | | | |
| | Hrs to RN | | | - | - | - | | | | | | |
| | | 1.00 | 168.00 | 116.00 | 16.00 | 132.00 | | (36.00) | (29.00) | | (4.50) $ 15.00 | $ (420.00) |
| **Administrator** | Administrator Name | | | 196.00 | - | 196.00 | | | | | | |
| | Hrs to DON | | | - | - | - | | | | | | |
| | | 1.00 | 168.00 | 196.00 | - | 196.00 | | 28.00 | (22.00) | | 3.50 $ 15.00 | $ - |
| **Director of Nursing** | DON Name | | | 84.00 | - | 84.00 | | | | | | |
| | Hrs from Administrator | | | - | - | - | | | | | | |
| | Hrs to RN | | | - | - | - | | | | | | |
| | | 1.00 | 168.00 | 84.00 | - | 84.00 | | (84.00) | (22.00) | | (10.50) $ 15.00 | $ (300.00) |
| **RN Charge / RN** | RN 1 | | | 175.00 | - | 175.00 | | | | | | |
| | RN 2 | | | 168.00 | - | 168.00 | | | | | | |
| | RN 3 | | | 120.00 | 40.00 | 160.00 | | | | | | |
| | RN 4 | | | 115.00 | - | 115.00 | | | | | | |
| | RN 5 | | | 200.00 | - | 200.00 | | | | | | |
| | RN 6 | | | 152.00 | 16.00 | 168.00 | | | | | | |
| | RN 7 | | | - | - | - | | | | | | |
| | RN 8 | | | - | - | - | | | | | | |
| | RN 9 | | | - | - | - | | | | | | |
| | RN 10 | | | - | - | - | | | | | | |
| | RN 11 | | | - | - | - | | | | | | |
| | RN 12 | | | - | - | - | | | | | | |
| | RN 13 | | | - | - | - | | | | | | |
| | RN 14 | | | - | - | - | | | | | | |
| | RN 15 | | | - | - | - | | | | | | |
| | RN 16 | | | - | - | - | | | | | | |
| | RN 17 | | | - | - | - | | | | | | |
| | RN 18 | | | - | - | - | | | | | | |
| | RN 19 | | | - | - | - | | | | | | |
| | RN 20 | | | - | - | - | | | | | | |
| | RN 21 | | | - | - | - | | | | | | |
| | RN 22 | | | - | - | - | | | | | | |
| | RN 23 | | | - | - | - | | | | | | |
| | Hours from Midlevel | | | - | - | - | | | | | | |
| | Hours from DON | | | - | - | - | | | | | | |
| | | 10.40 | 1,747.20 | 930.00 | 56.00 | 986.00 | | (761.20) | (228.80) | | (95.15) $ 15.00 | $ (1,434.00) |

DocuSign Envelope ID: A9C1BF2C-67E6-477D-AF83-14A510F2333D

| Category | Position | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **LPN** | LPN 1 | | | 150.00 | - | 150.00 | | | | |
| | LPN 2 | | | 168.00 | - | 168.00 | | | | |
| | LPN 3 | | | 178.00 | - | 178.00 | | | | |
| | LPN 4 | | | - | - | - | | | | |
| | LPN 5 | | | - | - | - | | | | |
| | LPN 6 | | | - | - | - | | | | |
| | LPN 7 | | | - | - | - | | | | |
| | LPN 8 | | | - | - | - | | | | |
| | LPN 9 | | | - | - | - | | | | |
| | LPN 10 | | | - | - | - | | | | |
| | LPN 11 | | | - | - | - | | | | |
| | LPN 12 | | | - | - | - | | | | |
| | LPN 13 | | | - | - | - | | | | |
| | Hrs from RN | | | - | - | - | | | | |
| | Hrs to MA | | | - | - | - | | | | |
| | | 12.60 | 2,116.80 | 496.00 | - | 496.00 | (1,620.80) | (365.00) | (202.60) | $ 15.00 | $ (22,752.00) |
| **Pharmacy Technician** | Pharm Tech 1 | | | - | - | - | | | | |
| | Pharm Tech 2 | | | - | - | - | | | | |
| | | 1.00 | 168.00 | - | - | - | (168.00) | (22.00) | (21.00) | $ 15.00 | $ (1,560.00) |
| **Dentist** | Dentist Name | | | 65.00 | - | 65.00 | | | | |
| | Hrs to Dental Assistant | | | - | - | - | | | | |
| | | 0.60 | 100.80 | 65.00 | - | 65.00 | (35.80) | (12.60) | (4.48) | $ 15.00 | $ - |
| **Dental Assistant** | Dental Assistant Name | | | 24.00 | - | 24.00 | | | | |
| | Hrs from Dentist | | | - | - | - | | | | |
| | | 0.60 | 100.80 | 24.00 | - | 24.00 | (76.80) | (30.00) | (9.60) | $ 15.00 | $ (1,152.00) |
| **Psychiatrist** | Psychiatrist Name | | | 84.00 | - | 84.00 | | | | |
| | Hrs to MH Director | | | - | - | - | | | | |
| | | 0.50 | 84.00 | 84.00 | - | 84.00 | - | | - | $ 15.00 | $ - |
| **BH Discharge Planner** | Discharge Planner Name | | | 80.00 | 80.00 | 160.00 | | | | |
| | | 1.00 | 168.00 | 80.00 | 80.00 | 160.00 | (8.00) | | (1.00) | $ 15.00 | $ - |
| **Behavioral Health Director** | MHD Name | | | 180.00 | - | 180.00 | | | | |
| | Hrs from Psychiatrist | | | - | - | - | | | | |
| | Moved to MHP | | | (12.00) | - | (12.00) | | | | |
| | | 1.00 | 168.00 | 168.00 | - | 168.00 | - | | - | $ 15.00 | $ - |
| **Behavioral Health Professional** | MHP 1 | | | 168.00 | - | 168.00 | | | | |
| | MHP 2 | | | 168.00 | - | 168.00 | | | | |
| | MHP 3 | | | 126.00 | 40.00 | 166.00 | | | | |
| | MHP 4 | | | 56.00 | - | 56.00 | | | | |
| | MHP 5 | | | 64.00 | - | 64.00 | | | | |
| | MHP 6 | | | - | - | - | | | | |
| | MHP 7 | | | - | - | - | | | | |
| | Moved from MH Director | | | 12.00 | - | 12.00 | | | | |
| | | 3.30 | 554.40 | 594.00 | 40.00 | 634.00 | 79.60 | (63.00) | 9.95 | $ 15.00 | $ - |
| **UM Coordinator** | UM Coord Name | | | 168.00 | - | 168.00 | | | | |
| | | 1.00 | 168.00 | 168.00 | - | 168.00 | - | | - | $ 15.00 | $ - |
| **Admin Assistant** | Admin Assist Name | | | 162.00 | 8.00 | 170.00 | | | | |
| | Moved to MRC | | | (2.00) | - | (2.00) | | | | |
| | | 1.00 | 168.00 | 160.00 | 8.00 | 168.00 | - | (21.00) | - | $ 15.00 | $ - |
| **Medical Assistant** | Medical Asst Name | | | 124.00 | 16.00 | 140.00 | | | | |
| | Moved from LPN | | | - | - | - | | | | |
| | | 1.00 | 168.00 | 124.00 | 16.00 | 140.00 | (28.00) | (30.00) | (3.50) | $ 15.00 | $ (420.00) |
| **Medical Records Clerk** | MRC Name | | | 140.00 | 24.00 | 164.00 | | | | |
| | Moved from AA | | | 2.00 | - | 2.00 | | | | |
| | | 1.00 | 168.00 | 142.00 | 24.00 | 166.00 | (2.00) | | (0.25) | $ 15.00 | $ - |
| **Total** | | 38.50 | 6,468.00 | ###### | 256.00 | 3,719.00 | (2,749.00) | (845.40) | (343.63) | | $ (28,038.00) |

Note: Position hours above contract requirements may be allocated to a lower level position where the licensure & qualifications meet or exceed requirements for lower level role.