# EXHIBIT H

## Annually Renewable Performance Bond

Bond No. **GM222765**

KNOW ALL MEN BY THESE PRESENTS: That **CHS TX, Inc. d/b/a YesCare**, (hereinafter called the Principal), and **Great Midwest Insurance Company**, (hereinafter called the Surety), are held and firmly bound unto **City of St. Louis**, (hereinafter called the Obligee), in the full and just sum of **One Million Five Hundred Fifteen Thousand Nine Hundred Sixty Nine and 60/100** Dollars ($ **1,515,969.60** ), the payment of which sum, well and truly to be made, the said Principal and Surety bind themselves, and each of their heirs, administrators, executors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal has by written agreement dated the **1st** day of **November, 2022**, entered into a Contract with the Obligee for **\*** for a period of **One** years which contract is hereby referred to and made a part hereof. **\*City of St. Louis, MO - Medical, Dental, Mental Health and Psychiatric Services**

WHEREAS, the Obligee has agreed to accept a bond guaranteeing the performance of said contract for a period of one year.

NOW, THEREFORE, THE CONDITIONS OF THE ABOVE OBLIGATION IS SUCH, that if the Principal shall well and truly perform each and every obligation in said Contract at the time and in the manner specified during the term of this bond, and shall reimburse said Obligee for any loss which said Obligee may sustain by reason of failure or default on the part of said Principal, then this obligation shall be void, otherwise to remain in full force and effect.

PROVIDED, HOWEVER, That this bond is subject to the following conditions:

1. This bond is for the term beginning **11/01/22** and ending **11/01/23**. The bond may be extended for additional terms at the option of the Surety, by continuation certificate executed by the Surety. Neither non-renewal nor failure, nor inability of the Principal to file a replacement bond shall constitute a loss to the Obligee recoverable under this bond.
2. In the event of default, the Surety will have the right and opportunity, to tender to the Obligee funds sufficient to pay the cost of completion less the balance of the Contract price up to an amount not to exceed the penal sum of the bond. In no event shall the Surety be liable for fines, penalties, liquidated damages, or forfeitures assessed against the Principal.
3. No claim, action, suit, or proceeding, except as hereinafter set forth, shall be had or maintained against the Surety on this instrument unless same be brought or instituted upon the Surety within one year from termination or expiration of the bond term.
4. No right of action shall accrue on this bond to or for the use of any person or corporation other than the Obligee named herein or the heirs, executors, administrators or successors of Obligee.
5. The aggregate liability of the Surety is limited to the penal sum stated herein regardless of the number or amount of claims brought against this bond and regardless of the number of years this bond remains in force.
6. If any conflict or inconsistency exists between the Surety's obligation or undertakings as described in this bond and as described in the underlying document, then the terms of this bond shall prevail.

Signed and sealed this **9th** day of **December, 2022**.

Principal:

CHS TX, Inc. d/b/a YesCare _____ (seal)

By: _____ **CFO** _____
(name & title)

[Seal: CHS TX, LLC CORPORATE SEAL 2022 Texas]

Surety:

Great Midwest Insurance Company (seal)

By: _____
Jeffrey W. Price, Attorney-in-Fact

Surety Telephone Number **516-295-6081**

**EXHIBIT 8**

Firm Acknowledgment

State of __Tennessee__ }
                      } ss:
County of __Williamson__ }

On this __13__ day of __December__, 2022, before me personally came __Jeff Sholey__ to me known and who being by me duly sworn, did depose and say that he is the __CFO__ of **CHS TX, Inc. d/b/a YesCare,** the corporation described in and which executed the above instrument; that he knows the seal of said corporation, that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation, and that he signed his/her name thereto by like order.

My commission expires __7-19-2025__        __Dawn N Mullett__
                                                  Notary Public

*[Notary Seal: DAWN N MULLETT, STATE OF TENNESSEE, NOTARY PUBLIC, WILLIAMSON COUNTY, My Commission Expires 07-19-2025]*

---

Surety Acknowledgment

State of __New York__ }
                     } ss:
County of __Nassau__ }

On this **9th** day of **December, 2022**, before me personally came **Jeffrey W. Price** to me known, who, being by me duly sworn, did depose and say that he/she is an attorney-in-fact of **Great Midwest Insurance Company** the corporation described in and which executed the within instrument; that he knows the corporate seal of said corporation; that the seal affixed to the within instrument is such corporate seal, and that he signed the said instrument and affixed the said seal as Attorney-in-Fact by authority of the Board of Directors of said corporation and by authority of this office under the Standing Resolutions thereof.

My commission expires 

MARY PRICE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01PR5056603
Qualified in Nassau County
My Commission Expires March 4, 20__26__

                                              Notary Public

Great Midwest Insurance Company
Statutory Balance Sheet
as of December 31, 2021
(in thousands)

| Assets | | | Liabilities, Capital and Surplus | | |
|---|---|---|---|---|---|
| **Cash & Invested Assets:** | | | **Liabilities:** | | |
| Cash and Short term Investments | $ | 110,887 | Loss and Loss Expense Reserves | $ | 58,313 |
| Bonds | | 106,614 | Unearned Premium | | 30,412 |
| Commons Stocks | | 21,100 | Ceded Reinsurance Premium | | 6,613 |
| Mortgage Loans | | 17,031 | Other Liabilities | | 1,078 |
| Other Invested Assets | | 12,470 | | | 13,768 |
| **Total Cash & Invested Assets** | | 268,102 | **Total Liabilities** | | 110,184 |
| **Other Assets:** | | | **Capital and Surplus:** | | |
| Premium Receivables | | 12,718 | Common Stock | | 4,550 |
| Reinsurance Recoverable | | 5,911 | Gross Paid In & Contributed Capital | | 216,893 |
| Tax Assets | | 8,123 | Unassigned Funds (Surplus) | | (12,096) |
| Other Assets | | 24,677 | | | |
| **Total Other Assets** | | 51,429 | **Total Capital and Surplus** | | 209,347 |
| **Total Assets** | $ | 319,531 | **Total Liabilites, Capital & Surplus** | $ | 319,531 |

## CERTIFICATION

I, Mark W. Haushill, President of Great Midwest Insurance Company, hereby certify that the foregoing is a full, true and correct copy of the Balance Sheet of said Company, as of December 31, 2021.

Signature _Mark W. Haushill_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Company in Houston, Texas this 19 day of April, 2022.

STATE OF TEXAS
COUNTY OF HARRIS

On this 19 day of April 2022, before me, Christina Bishop, a Notary Public, personally appeared, Mark W. Haushill, who provided to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument and the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY of PERJURY under the laws of the State of Texas that the foregoing paragraph is true and

Witness my hand and official seal.

Signature _Christina Bishop_
Signature of Notary Public

CHRISTINA BISHOP
Notary Public, State of Texas
Comm. Expires 04-14-2025
Notary ID : 31090488

# POWER OF ATTORNEY
# Great Midwest Insurance Company

KNOW ALL MEN BY THESE PRESENTS, that **GREAT MIDWEST INSURANCE COMPANY**, a Texas Corporation, with its principal office in Houston, TX, does hereby constitute and appoint:

Jeffrey W. Price, Mary Anna Price, Rachel Price, Shawn Morgenroth

its true and lawful Attorney(s)-In-Fact to make, execute, seal and deliver for, and on its behalf as surety, any and all bonds, undertakings or other writings obligatory in nature of a bond.

This authority is made under and by the authority of a resolution which was passed by the Board of Directors of **GREAT MIDWEST INSURANCE COMPANY**, on the 1st day of October, 2018 as follows:

Resolved, that the President, or any officer, be and hereby is, authorized to appoint and empower any representative of the Company or other person or persons as Attorney-In-Fact to execute on behalf of the Company any bonds, undertakings, policies, contracts of indemnity or other writings obligatory in nature of a bond not to exceed Ten Million dollars ($10,000,000.00), which the Company might execute through its duly elected officers, and affix the seal of the Company thereto. Any said execution of such documents by an Attorney-In-Fact shall be as binding upon the Company as if they had been duly executed and acknowledged by the regularly elected officers of the Company. Any Attorney-In-Fact, so appointed, may be removed in the Company's sole discretion and the authority so granted may be revoked as specified in the Power of Attorney.

Resolved, that the signature of the President and the seal of the Company may be affixed by facsimile on any power of attorney granted, and the signature of the Secretary, and the seal of the Company may be affixed by facsimile to any certificate of any such power and any such power or certificate bearing such facsimile signature and seal shall be valid and binding on the Company. Any such power so executed and sealed and certificate so executed and sealed shall, with respect to any bond of undertaking to which it is attached, continue to be valid and binding on the Company.

IN WITNESS THEREOF, **GREAT MIDWEST INSURANCE COMPANY**, has caused this instrument to be signed by its President, and its Corporate Seal to be affixed this 11th day of February, 2021.

**GREAT MIDWEST INSURANCE COMPANY**

BY _____
Mark W. Haushill
President

## ACKNOWLEDGEMENT

On this 11th day of February, 2021, before me, personally came Mark W. Haushill to me known, who being duly sworn, did depose and say that he is the President of **GREAT MIDWEST INSURANCE COMPANY**, the corporation described in and which executed the above instrument; that he executed said instrument on behalf of the corporation by authority of his office under the By-laws of said corporation.


CHRISTINA BISHOP
Notary Public, State of Texas
Comm. Expires 04-14-2025
Notary ID 131090488

BY _____
Christina Bishop
Notary Public

## CERTIFICATE

I, the undersigned, Secretary of **GREAT MIDWEST INSURANCE COMPANY**, A Texas Insurance Company, DO HEREBY CERTIFY that the original Power of Attorney of which the foregoing is a true and correct copy, is in full force and effect and has not been revoked and the resolutions as set forth are now in force.

Signed and Sealed at Houston, TX this 9th Day of December, 20 22.

BY _____
Leslie K. Shaunty
Secretary

"WARNING: Any person who knowingly and with intent to defraud any insurance company or other person, files and application for insurance of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.