# EXHIBIT C

**From:** Nellums, Dale <Dale.Nellums@aig.com>
**Sent:** Wednesday, July 12, 2023 1:10 PM
**To:** Smith, Thomas <Thomas.Smith@Yescarecorp.com>
**Cc:** Eckenrode, Tad <jte@eckenrode-law.com>
**Subject:** RE: St Louis Breach Letter : Mail Christina Brooks (Dejuan Brison) v. City of St. Louis, et al. 2014-PL-06487 7930180762US

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Tom, without even addressing the merits of your request for a defense, Lexington can not do so.  Due to Corizon / Tehum bankruptcy,  Lex can not make any payments that erode the aggregate limits.  As you know, defense costs do erode the limit.

*E. Dale Nellums*

**Elizabeth Dale Nellums, J.D.**
Senior Complex Analyst | Healthcare Malpractice Claims | AIG Claims, Inc.
**CELL 470-733-4638** | dale.nellums@aig.com | www.aig.com


**This correspondence is sent by AIG Claims, Inc. (CA License #2607481) as the authorized claims administrator for AIG Assurance Company, AIG Property Casualty Company, AIG Specialty Insurance Company, AIU Insurance Company, American Home Assurance Company, Commerce and Industry Insurance Company, Granite State Insurance Company, Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., and New Hampshire Insurance Company. AIG Claims, Inc. is also an authorized administrator for various self-insured entities.**



**IMPORTANT NOTICE:**
**The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the**

responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by American International Group, Inc. or its subsidiaries or affiliates either jointly or severally, for any loss or damage arising in any way from its use.

**PLEASE NOTE: We have moved to a paperless environment. All communications MUST contain the claim number in the Subject line.**