# EXHIBIT D

| | |
|---|---|
| **From:** | Nellums, Dale <Dale.Nellums@aig.com> |
| **Sent:** | Thursday, August 17, 2023 9:18 AM |
| **To:** | Smith, Thomas |
| **Cc:** | Eckenrode, Tad; Jennifer Finger; Morgan, Russ; twarburton@bradley.com |
| **Subject:** | RE: St Louis Breach Letter : Mail Christina Brooks (Dejuan Brison) v. City of St. Louis, et al. 2014-PL-06487 AIG #7930180762US |

Tom,

Please allow me to clarify. Lexington has not refused to retain counsel to defend CHS TX. Lexington is currently barred by the bankruptcy court order from depleting the aggregate policy limit by paying defense counsel. Because we cannot (yet) pay anything, we have not taken a position, which includes the fact that Lexington has not affirmatively denied a duty to defend. We are in the process of analyzing our potential coverage obligations. In the interim, Lexington does not object to CHS TX retaining Bradley Arant to defend it. Lexington otherwise reserves all rights, and recognizes that CHS TX and its affiliates likewise reserve their rights.

Thank you,

*E. Dale Nellums*

**Elizabeth Dale Nellums, J.D.**
Senior Complex Analyst | Healthcare Malpractice Claims | AIG Claims, Inc.
**CELL 470-733-4638** | dale.nellums@aig.com | www.aig.com

**This correspondence is sent by AIG Claims, Inc. (CA License #2607481) as the authorized claims administrator for AIG Assurance Company, AIG Property Casualty Company, AIG Specialty Insurance Company, AIU Insurance Company, American Home Assurance Company, Commerce and Industry Insurance Company, Granite State Insurance Company, Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., and New Hampshire Insurance Company. AIG Claims, Inc. is also an authorized administrator for various self-insured entities.**



**IMPORTANT NOTICE:**
The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by American International Group, Inc. or its subsidiaries or affiliates either jointly or severally, for any loss or damage arising in any way from its use.

🌲   **PLEASE NOTE: We have moved to a paperless environment. All communications MUST contain the claim number in the Subject line.**