**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CITY OF ST. LOUIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:23-cv-00987-SRC |
| v. ) | |
| ) | |
| CHS TX, INC., D/B/A/ YESCARE, ) | |
| LEXINGTON INSURANCE CO., and ) | |
| GREAT MIDWEST INSURANCE CO., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF CITY OF ST. LOUIS' MOTION FOR ISSUANCE OF SUMMONS**

COMES NOW Plaintiff City of St. Louis, and pursuant to Rule of Civil Procedure Rule

4(b) and this Court's order dated January 31, 2024, respectfully moves the Court for the Clerk of

Court to issue the attached summons directed to Defendant Lexington Insurance Co. at

Corporation Service Company (CSC), 251 Little Falls Drive, Wilmington, DE 19808.

Dated:  January 31, 2024                    Respectfully submitted,

                                            **SHEENA HAMILTON
                                            CITY COUNSELOR**

                        By: */s/* Erin K. McGowan
                            Erin McGowan                          #64020MO
                            *Associate City Counselor, Affirmative Litigation Unit*
                            314 City Hall
                            1200 Market St.
                            St. Louis, Missouri 63103
                            (314) 622-3361 (telephone)
                            (314) 622-4956 (facsimile)
                            mcgowane@stlouis-mo.gov
                            *Attorney for City of St. Louis*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 31, 2024, **Plaintiff's Motion for Issuance of Summons**,

were electronically filed with the Clerk of Court using the Court's ECF filing system, to be served

on all counsel of record.

*/s/* Erin K.  McGowan